[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
ORDER (#108)
After hearing held on plaintiff's objections to defendant's interrogatories and request for production, it is hereby ORDERED:
Sustained as to interrogatories #18(b) and (c), 22, 23, 24, 25, 32, 47, 48, 49, 50, 52(a)-(d), 65, 72, 73.
Overruled as to interrogatories #18(a) limited to 5 years, 51, 52(e), 58, 59, 60, 61, 62, 63, 64, 66, 67, 71, 74. CT Page 5185
Sustained as to request for production #2, 3, 4, 5, 6.
GAFFNEY, JUDGE